CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE 303-844-6017<br>FACSIMILE 303-844-6437 |
| **KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATOR | March 2, 2017 |

Brian Patrick Perryman, Esq.
Carlton Fields Jorden Burt
1025 Thomas Jefferson Street, NW
Washington, DC  20007

Michael Raab, Esq.
U.S. Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

J. Michael Vaughan, Esq.
Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
Kansas City, MO  64196

RE:  No. 17-3038 – Market Synergy Group, Inc. v. United States Department of Labor et al.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on <u>Monday, March 13, 2017</u> at <u>10:00 AM</u>, **MOUNTAIN STANDARD TIME**. Please allow at least two hours for the conference.

    The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

    Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict.

    Participation in the conference by cell phone is not permitted.

Sincerely,

Denise McClure
Conference Administrator