CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 28, 2017

James Frederick Jorden, Esq.
Brian Patrick Perryman, Esq.
Carlton Fields Jorden Burt
1025 Thomas Jefferson Street, NW
Washington, DC  20007

Michael Shih, Esq.
Michael Raab, Esq.
United States Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

RE:  No. 17-3038 – Market Synergy Group, Inc. v. United States Department of Labor et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 24, 2017**.

Sincerely,

David W. Aemmer

DWA:dm